**Dismissed and Memorandum Opinion filed April 3, 2014.**



In The

# Fourteenth Court of Appeals

## NO. 14-11-00046-CV

### FIVE STAR RECONSTRUCTORS, G.V. INC., Appellant

### V.

### GRAYCO BUILDERS, LLC, Appellee

**On Appeal from the 165th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2009-72279**

## M E M O R A N D U M   O P I N I O N

According to information provided to this court, this is an interlocutory appeal from an order denying appellant's motion to compel arbitration signed January 5, 2011. On February 24, 2011, this court abated the appeal because appellant petitioned for voluntary bankruptcy in the United States Bankruptcy Court for the Southern District of Texas, under cause number 11-31130. *See* Tex. R. App. P. 8.2.

Through the Public Access to Court Electronic Records (PACER) system, the court has learned that the bankruptcy case was closed January 15, 2014. The parties failed to advise this court of the bankruptcy court action.

On March 4, 2014, this court issued an order stating that unless any party to the appeal filed a motion demonstrating good cause to retain the appeal within twenty days of the date of the order, this appeal would be dismissed for want of prosecution. *See* Tex. R. App. P. 42.3(b). No response was filed.

Accordingly, we reinstate the appeal and order it dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Donovan and Brown.